Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

January 25, 2019

**VIA CM/ECF**

Hon. Peter R. Marksteiner
Clerk of Court
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

**Re: *In re Google LLC*, No. 18-152**

Dear Colonel Marksteiner:

Pursuant to Federal Rule of Appellate Procedure 28(j), Google LLC writes to advise the Court that on January 20, 2019, the District Court stayed the trial in this case for 20 days to enable to parties to try to settle the case. Settlement negotiations are active and ongoing. *Selcke* v. *New England Ins. Co.*, 2 F.3d 790, 791-792 (7th Cir. 1993) ("Until the settlement becomes final . . . the case is not moot, since the settlement may never become final."). The parties will inform the Court without delay of any developments that could affect the Court's jurisdiction.

Respectfully submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal

cc: All Counsel of Record (via CM/ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Monterrey Moscow Munich New York Northern Virginia Paris Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Jeddah Riyadh Zagreb. For more information see www.hoganlovells.com

## CERTIFICATE OF SERVICE

I, Neal Kumar Katyal, hereby certify that on this 25th day of January, 2019, I caused the foregoing Rule 28(j) letter to be filed electronically with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that all of the participants in this case are registered CM/ECF users.

/s/ Neal Kumar Katyal
Neal Kumar Katyal

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

SEVEN NETWORKS, LLC,

Plaintiff,

v.

GOOGLE LLC,

Defendant.

CIVIL ACTION NO. 2:17-CV-442-JRG

PATENT CASE

**ORDER**

Before the Court is Plaintiff SEVEN Networks, LLC ("SEVEN") and Defendant Google LLC's ("Google") Joint Motion to Stay All Deadlines (the "Motion"). (Dkt. No. 608.) SEVEN and Google represent that they have reached an agreement in principle that settles all matters in controversy between them in the above-captioned matter. Accordingly, the parties request that this Court stay the above-captioned case against Google to allow the agreement to be finalized, settlement obligations to be met, and a dismissal stipulation to be filed with the Court.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all pending deadlines in the above-captioned case are hereby **STAYED** for twenty (20) days in order to facilitate the settlement between the parties and during which time the parties shall file the appropriate dismissal papers with the Court.

**So Ordered this**

**Jan 20, 2019**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE